BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP  BDFTE# 00000008342990
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

Attorney for CITIMORTGAGE, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 19-60139-RBK-7 |
| § | |
| ACQUANLAN DEONSHAY HARRIS, § | |
|    Debtor § | CHAPTER 7 |
| § | |
| CITIMORTGAGE, INC., § | |
|    Movant § | HEARING DATE: 06/18/2019 |
| § | |
| v. § | TIME: 01:30 PM |
| § | |
| ACQUANLAN DEONSHAY HARRIS; § | |
| and JAMES STUDENSKY, Trustee § | |
|    Respondents § | JUDGE RONALD B. KING |

**NOTICE OF WITHDRAWAL OF**
<u>**MOTION FOR RELIEF FROM STAY**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW CITIMORTGAGE, INC. (hereinafter "MOVANT"), a secured creditor in the referenced bankruptcy case, and states to the Court that Movant no longer wishes to prosecute its Motion for Relief from Stay, filed with the Court on May 22, 2019.

WHEREFORE, Movant hereby withdraws its Motion for Relief from Stay.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ PAUL KIM     6/12/2019
PAUL KIM
TX NO. 24001182
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019 a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP


BY: /s/ PAUL KIM
     PAUL KIM
     TX NO. 24001182
     4004 Belt Line Rd Ste. 100
     ADDISON, TX 75001
     Telephone: (972) 386-5040
     Facsimile: (972) 661-7725
     E-mail: WDECF@BDFGROUP.COM
     ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:
**DEBTOR:**
ACQUANLAN DEONSHAY HARRIS
5007 COLORADO DR
KILLEEN, TX 76543

ACQUANLAN DEONSHAY HARRIS
5007 COLORADO DRIVE
KILLEEN, TX 76542

**TRUSTEE:**
JAMES STUDENSKY
3912 W. WACO DRIVE
WACO, TX 76710

**US TRUSTEE:**
903 SAN JACINTO, ROOM 230
AUSTIN, TX 78701

**DEBTOR'S ATTORNEY:**
ERIN B. SHANK
1902 AUSTIN AVENUE
WACO, TX 76701

**MORTGAGORS:**
STEVEN LAMONT HARRIS
5007 COLORADO DRIVE
KILLEEN, TX 76542

**PARTIES IN INTEREST:**
CITIMORTGAGE
P.O. BOX 6243
SIOUX FALLS, SD 57117

**PARTIES REQUESTING NOTICE:**
BELL COUNTY
TARA LEDAY OF MCCREARY,VESELKA, BRAGG & ALLEN, PC
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

PRA RECEIVABLES MANAGEMENT, LLC
VALERIE SMITH
PO BOX 41021
NORFOLK, VA 23541-1021